Official Form 17
(12/04)

# United States Bankruptcy Court

Northern District Of California

In re Heller Ehrman ,
　　　　　Debtor

Case No. 08-32514

Chapter 11

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

David Kleinfeld , Former Shareholder and Objecting Party appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge "Order Granting Motion to Modify Economic Terms of the Committee's Shareholder Settlement Model" (Docketed as No. 1441) entered in the above-captioned case pertaining to the "Motion to Modify the Economic Terms of the Committee's Shareholder Settlement Model"

　　　　　　　　　　　　　　　　　　　　　　　　　　16th　　　　day of August　　　　, 2010 .
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(month)　　　(year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Attorney for David Kleinfeld, Former Shareholder and Objecting Party<br>Victor A. Vilaplana<br>Foley & Lardner LLP<br>402 W. Broadway, Suite 2100<br>San Diego, CA 92101<br>P: 619-234-6655  F:619-234-3510 | Attorney for Debtor<br>John D. Fiero<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111<br>P: 415-263-7000  F:415-263-7010 | Attorney for Official Committee of Unsecured Creditors<br>Thomas A. Willoughby<br>Felderstein Fitzgerald Willoughby & Pascuzzi LLP<br>400 Capitol Mall, Suite 1450<br>Sacramento, CA 95814<br>P: 916-329-7400  F: 916-329-7435 |

Dated: 8/30/10

Signed: /s/ Victor A. Vilaplana

Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: Victor A. Vilaplana

Address: Foley & Lardner LLP
402 W. Broadway, Suite 2100
San Diego, CA  92101

Telephone No: 619-234-6655

　　　If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

American LegalNet, Inc.
www.USCourtForms.com