IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KLEINFELD,<br><br>    Appellant,<br><br>  v.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>    Respondent.                          / | No. C 10-04045 CRB<br><br>**ORDER TO SHOW CAUSE** |

     Appellant David Kleinfeld filed a Bankruptcy Appeal in September 2010 (dkt. 3) but has failed to perfect his appeal since that time.  Accordingly, the Court hereby ORDERS Appellant to show cause by July 8, 2011 why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

     **IT IS SO ORDERED.**

Dated: June 15, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4045\osc.wpd