1   VICTOR A. VILAPLANA (SBN 058535)
    Foley & Lardner LLP
2   ATTORNEYS AT LAW
    402 W. Broadway, Suite 2100
3   San Diego, CA 92101-3542
    TELEPHONE:  619.234.6655
4   FACSIMILE:  619.234.3510
    Email: vavilaplana@foley.com
5

6   Forrest A. Hainline III (SBN 64166)
    *fhainline@goodwinprocter.com*
7   **GOODWIN PROCTER LLP**
    Three Embarcadero Center, 24th Floor
8   San Francisco, California  94111
    Tel.: 415.733.6000
9   Fax: 415.677.9041

10  Counsel for David Kleinfeld

11              **UNITED STATES DISTRICT COURT**

12      **NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)**

13  DAVID KLEINFELD,                          CASE NO. C 10-04045 CRB

14              APPELLANT                      NOTICE OF SUBSTITUTION OF
                                              COUNSEL FOR APPELLANT DAVID
15                                            KLEINFELD
        VS.
16                                            **ORDER**
    OFFICIAL COMMITTEE OF UNSECURED
17  CREDITORS;
    DEBTOR,
18
                APPELLEES.
19

20      **TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

21          Pursuant to Civil Local Rule 11-5, Appellant David Kleinfeld ("Appellant") makes the

22  following substitution of counsel:

23      Former legal representative:

24      Victor Vilaplana
        *vavilaplana@foley.com*
25      **FOLEY & GARDNER LLP**
        402 W. Broadway, Suite 2100
26      San Diego, California 92101-3542
        (619) 234-6655
27      (619) 234-3510 (fax)

28

---

Notice of Substitution of Counsel                    Case No.  C 10-04045 CRB

Continuing legal representative:

Forrest A. Hainline III
fhainline@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California  94111
(415) 733-6000
(415) 677-9041 (fax)

SUBSTITUTION APPROVED BY:        David Kleinfeld, Appellant

Dated:  June 22, 2011        By:

Dated:  June 22, 2011        By: /s/ Victor Vilaplana

Victor Vilaplana
vavilaplana@foley.com
**FOLEY & GARDNER LLP**
402 W. Broadway, Suite 2100
San Diego, California 92101-3542
(619) 234-6655
(619) 234-3510 (fax)

Dated: June 22, 2011        By: /s/ Forrest A. Hainline

Forrest A. Hainline III
fhainline@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California  94111
(415) 733-6000
(415) 677-9041 (fax)

IT IS SO ORDERED

Dated:  __July 5, 2011__

Hon. Cl

United States

IT IS SO ORDERED
Judge Charles R. Breyer

Notice of Substitution of Counsel        Case No.  C 10-04045 CRB