| | |
|---|---|
| 1 | STEVEN H. FELDERSTEIN, State Bar No. 056978 |
| 2 | THOMAS A. WILLOUGHBY, State Bar No. 137597<br>FELDERSTEIN FITZGERALD |
| 3 | WILLOUGHBY & PASCUZZI LLP<br>400 Capitol Mall, Suite 1450 |
| 4 | Sacramento, CA  95814<br>Telephone: (916) 329-7400 |
| 5 | Facsimile: (916) 329-7435<br>E-mail: sfelderstein@ffwplaw.com |
| 6 | E-mail: twilloughby@ffwplaw.com |
| 7 | Attorneys for Liquidating Debtor |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HELLER EHRMAN LLP,<br><br>   Liquidating Debtor. | BANKRUPTCY CASE NO.: 08-32514<br><br>Chapter 11 |
| DAVID KLEINFELD,<br><br>   Appellant,<br><br>v.<br><br>OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS; DEBTOR,<br><br>   Appellees. | U.S. District Court Case No. C-10-04045 CRB |

**STIPULATION TO DISMISSAL OF APPEAL AND ORDER THEREON**

Liquidating Debtor Heller Ehrman LLP, as successor in interest to the Official Committee of Unsecured Creditors of Heller Ehrman LLP pursuant to the terms of the confirmed Joint Plan of Liquidation of Heller Ehrman LLP, on the one hand, and David E. Kleinfeld, on the other hand, through their respective counsel, stipulate to the dismissal with prejudice of the above-captioned appeal pending before the United States District Court for the Northern District of

///

///

///

-1-

STIPULATION TO DISMISS APPEAL
AND ORDER THEREON

California.

Date: November 3, 2011

GOODWIN PROCTER, LLP

By /s/ Forrest A. Hainline
FORREST A. HAINLINE, Attorneys for David E. Kleinfeld

Date: November 3, 2011

FELDERSTEIN, FITZGERALD, WILLOUGHBY & PASCUZZI, LLP

By /s/ Thomas A. Willoughby
THOMAS A. WILLOUGHBY, Attorneys for Liquidating Debtor

IT IS SO ORDERED:

Date: November 9, 2011

_____
Honorable ~~
United ~~

*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer, United States District Court, Northern District of California]*